**No. 11-68. Paul Gargano, et ux., Petitioners v. Thomas Graves Landing Condominium Trust, et al.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 142, 2011 U.S. LEXIS 5415.

October 3, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 1112, 938 N.E.2d 906.